**Bronwen BAKKE, Plaintiff–Appellant,**

v.

**ROYAL CARIBBEAN CRUISES LTD., a Liberian Corporation, Defendants–Appellees.**

No. 00–55231.

D.C. No. CV–98–02649–NM.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001 *.

Decided Sept. 24, 2001.

Before FERNANDEZ, KLEINFELD, and McKEOWN, Circuit Judges.

### MEMORANDUM **

Bronwen Bakke appeals the district court's decision, after a bench trial, that an incident aboard the M/V Viking Serenade was not a substantial factor in causing the entrapment of and injury to the ulnar nerve of her right arm. *See Ribitzki v. Canmar Reading & Bates, Ltd. P'ship,* 111 F.3d 658, 665 (9th Cir.1997); *Lies v. Farrell Lines, Inc.,* 641 F.2d 765, 769 (9th Cir.1981). There was evidence on both sides of the issue, and the district court resolved the conflict against Bakke. On this record, we cannot say that the court's factual determinations were clearly errone-

ous. *See Evanow v. M/V Neptune,* 163 F.3d 1108, 1113 (9th Cir.1998).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

